1038

[No. 65459-4-I. Division One. August 6, 2012.]

PLUMB SERVE, LLC, *Plaintiff*, v. VIOLA M. SCOBY ET AL., *Respondents*, PROFIT TWO, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-04508-9, Eric Z. Lucas, J., entered May 7, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 66452-2-I. Division One. August 6, 2012.]

*In the Matter of the Marriage of* CHRISTINA T.E. EIDE, *Respondent*, and DOUGLAS A. GRADY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04946-1, James A. Doerty, J., entered November 18, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 66707-6-I. Division One. August 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN JEROME GATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01612-5, David A. Kurtz, J., entered January 31, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Ellington, J.

[No. 66846-3-I. Division One. August 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY P. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01171-5, C. Matthew Hunter, J. Pro Tem., entered March 18, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Dwyer, JJ.